UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARNAM SINGH , <br><br> Plaintiff(s), <br><br> vs. <br><br> ALBERTO R. GONZALEZ, et al., <br><br> Defendant(s). | C07-610RSL <br> MINUTE ORDER |

The following Minute Order is made by direction of the Clerk of Court, Bruce Rifkin:

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004 regarding consent to proceed before the Magistrate Judge, this action has been reassigned to the **Honorable Robert S. Lasnik**, United States Chief District Court Judge. All future documents filed in this case must bear the cause number **C07-610RSL** and bear the Judge's name in the upper right hand corner of the document.

Dated this   12th   day of   June   , 2007.
Bruce Rifkin, Clerk of Court

By *Judith A. Thomas*
Judith A. Thomas,  Deputy Clerk